UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

Case No.:3:24-CV-948

| ALLAN KESWICK, | |
|---|---|
| Plaintiff, | **NOTICE OF REMOVAL** |
| v. | 28 U.S.C. §§ 1331, 1332, 1441, and 1446 |
| KIMPEX USA LTD and KIMPEX, INC., | Mecklenburg County Superior Court<br>Case No. 24 CVS 040361-590 |
| Defendants. | |

PLEASE TAKE NOTICE that Defendants Kimpex (U.S.A.) Ltd. ("Kimpex USA") and Kimpex, Inc. ("Kimpex Inc.") (collectively, "Defendants"), by and through its attorneys, Morningstar Law Group, hereby remove the above-captioned action, originally filed in the Superior Court of the State of North Carolina, County of Mecklenburg, to the United States District Court for the Western District of North Carolina, pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446. In support of removal, Defendants, expressly reserving all questions other than removal, state the following:

## The Action and the Pleadings

1. Plaintiff Allan Keswick ("Plaintiff") commenced this action against Defendants in the Superior Court of the State of North Carolina, County of Mecklenburg, captioned, <u>Allan Keswick v. Kimpex USA Ltd. and Kimpex, Inc.</u>, Case No. 24 CVS 040361-590. The Complaint was filed on September 17, 2024. A copy of the Complaint and a Summons was delivered by Federal Express to Kimpex USA's offices in Champlain, New York on September 27, 2024. A true and correct copy of the papers filed in this action, including Civil Action Cover Sheets, Summonses, the Complaint, and Application and Order Extending Time to File Complaint, is

Case 3:24-cv-00948-MOC-SCR    Document 1    Filed 10/28/24    Page 1 of 6

attached as Exhibits C through I, as listed on the Index of Exhibits. Defendants are not aware of any other papers that have been filed in the action.

2. The Complaint contains claims for: (a) age discrimination in violation of the Age Discrimination in Employment Act, 29 U.S.C. § 621, *et seq.* ("ADEA"); (b) wrongful discharge on the basis of age in violation of North Carolina public policy; and (c) wrongful discharge on other bases in violation of North Carolina public policy.

3. Defendants have not answered, moved, or otherwise responded to the Complaint, and their deadline to do so has not expired. Defendants have not filed any other documents in the Mecklenburg County Superior Court in this matter. Defendants have not made an effort to determine the Mecklenburg County Superior Court's receptivity to their litigating position(s) in this action.

**Federal Jurisdiction and Removal**

4. Under 28 U.S.C. § 1441, "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). Therefore, an action initiated in state court can be removed to federal court if it could have been brought in federal court originally.

5. Under 28 U.S.C. § 1331, the federal district courts "have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

6. Under 28 U.S.C. § 1332, "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between—(1) citizens of different States; (2) citizens of a State and

4859-5001-9058, v. 2

citizens or subjects of a foreign state. . . ;" [or] (3) citizens of different States and in which citizens or subjects of a foreign state are additional parties." 28 U.S.C. § 1332(a)(1)-(3).

7. Under 28 U.S.C. § 1367, "in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a).

### Federal Question Jurisdiction under 28 U.S.C. § 1331

8. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 because Plaintiff's claim for age discrimination under the ADEA arises under the laws of the United States. Further, this Court has supplemental jurisdiction over Plaintiff's claims for wrongful discharge in violation of public policy pursuant to 28 U.S.C. § 1367 because those claims are so related to Plaintiff's claim for age discrimination under the ADEA that they form part of the same case or controversy.

### Diversity Jurisdiction under 28 U.S.C. § 1332

9. In the alternative, this Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because on the face of the Complaint, the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states and a subject of a foreign state.

10. Complete diversity of citizenship exists between the parties.

11. According to the Complaint, Plaintiff is an individual citizen and resident of Mecklenburg County, North Carolina.

12. Kimpex USA is an entity organized and existing under the laws of the State of New York, with its principal place of business in the State of New York. Accordingly, pursuant to 28 U.S.C. § 1332(c)(1), Kimpex USA is a citizen of the State of New York.

13. Kimpex Inc. is an entity organized and existing under the laws of Canada, with its principal place of business in Canada. Accordingly, Kimpex Inc. is a subject of a foreign state.

14. Plaintiff alleges in the Complaint that he is entitled to recover compensatory damages in an amount in excess of $100,000, plus liquidated damages, punitive damages, and attorney's fees. Accordingly, the amount in controversy in this action exceeds $75,000, exclusive of interest and costs.

**Removal Is Timely, to the Appropriate Court, and Otherwise Proper**

15. This Notice of Removal is filed within thirty (30) days of the receipt of the Complaint by Defendants, and within one year of the filing of the action, as required by 28 U.S.C. §§ 1446(b) and 1446(c).[1]

16. Both Defendants consent to the removal of this action pursuant to 28 U.S.C. § 1446(b)(2)(A).

17. Venue for this action is proper in the United States District Court for the Western District of North Carolina under 28 U.S.C. § 1441 because the Western District of North Carolina encompasses Mecklenburg County.

---

[1] Defendants attempted to file this Notice of Removal on October 25, 2024, but discovered that the Court's ECF system was inaccessible from Friday, October 25, 2024, at 12:00 p.m. to Monday, October 28, 2024, at 7:00 a.m. Under Fed. R. Civ. P. 6(a)(1) because the thirtieth day after Kimpex USA's receipt of the Complaint was Sunday, October 27, 2024, the 30-day period continues to run until Monday, October 28, 2024. Additionally, under Rule 6(a)(3)(A), "if the clerk's office is inaccessible . . . on the last day for filing under Rule 6(a)(1), then the time for filing is extended to the first accessible day that is not a Saturday, Sunday, or legal holiday." Fed. R. Civ. P. 6(a)(3)(A). Accordingly, the Notice of Removal is timely filed.

18. Promptly after the filing of this Notice of Removal, Defendant will give written notice of the removal to Plaintiff and will file a copy of this Notice of Removal with the Clerk of Mecklenburg County Superior Court, where this case originally was filed, as required by 28 U.S.C. § 1446(d).

19. Nothing in this notice of removal shall constitute a waiver of any defense or affirmative matter, including without limitation, lack of jurisdiction over the person, improper venue, insufficiency of process, insufficiency of service of process, failure to state a claim, or any other procedural or substantive defense to the Complaint.

This the 28th day of October, 2024.

MORNINGSTAR LAW GROUP

*/s/ Harrison M. Gates*
Harrison M. Gates
N.C. State Bar No. 43793
hgates@morningstarlawgroup.com
700 West Main Street
Durham, North Carolina 27701
Telephone: (919) 590-0392

*Attorneys for Defendants*
*Kimpex (U.S.A.) Ltd. and Kimpex, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF REMOVAL** was this day served by Federal Express and electronic mail on the following:

R. Michael Elliott, Esq.
ELLIOT MORGAN PARSONAGE, PLLC
300 East Kingston Avenue, Suite 200
Charlotte, North Carolina 28203
michaelelliot@emplawfirm.com

*Attorneys for Plaintiff*

This the 28th day of October, 2024.

MORNINGSTAR LAW GROUP

*/s/ Harrison M. Gates*
Harrison M. Gates
N.C. State Bar No. 43793
hgates@morningstarlawgroup.com
700 West Main Street
Durham, North Carolina 27701
Telephone: (919) 590-0392

*Attorneys for Defendants*
*Kimpex (U.S.A.) Ltd. and Kimpex, Inc.*